■ FRANK BONAVISE et al. v. BINGLER-CASSER TOURS, DIVISION OF MANHATTAN TRANSIT CO., INC., et al.— Motion denied without prejudice to a renewal thereof upon a more complete disclosure of the nature and merits of the action. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Accounting of FRIEND L. TUTTLE et al., as Executors of PERRY J. FULLER, Deceased, Appellants. JOHN F. MOORE, JR. et al., Respondents.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered February 5, 1959 is modified accordingly. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ EVALYN M. KAISER, Doing Business as KEYSTONE CONSTRUCTION CO., et al., v. ELIZABETH M. MANNING et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ HELEN COLAMEO v. CARMELA DI GIACOMO et al. MORRIS ELLMAN et al. v. HENRY RUBINSTEIN.— Motion to dismiss appeal granted on consent. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ NICHOLAS PSAROUDIS v. SONIA PSAROUDIS.— Motion granted insofar as to extend the appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached; and to permit the appellant to dispense with printing the exhibits Nos. 1 to 37, inclusive, outlined in the moving papers, in the printed record on appeal on condition that the originals of such exhibits are filed with this court on or before October 28, 1959. In all other respects, the motion is denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ INTERNATIONAL TERMINAL OPERATING CO., INC. v. SYLVIA MILLER et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ROSARY CUZZACRE, Assignee of ORRY H. FRUTKIN, v. BENCO TOGS, INC.— Motion granted insofar as to permit the appeal to be heard upon seven printed copies of the record before the Appellate Term and seven typewritten copies of the additional papers required on appeal to this court and upon typewritten appellant's points on condition that the appellant serves one copy of the combined printed and typewritten record and one copy of the typewritten appellant's points upon the respondent and files seven copies of each thereof with this court; and further granted insofar as to dispense with printing of the exhibits on condition that the appellant files with this court five photostatic copies of each exhibit on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.